UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGE FOMICHEV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AURA SUB, LLC,<br><br>　　　　　Defendant. | Case No. 23-cv-03229-EMC<br><br>**ORDER TO SHOW CAUSE** |

　　　Parties were given due notice of case management conference held on October 17, 2023. Counsel for Plaintiff failed to appear. The Court hereby orders Plaintiff to Show Cause as to why Plaintiff's counsel should not be sanctioned for failure to appear. Plaintiff shall respond by October 25, 2023.

　　　**IT IS SO ORDERED.**

Dated: October 18, 2023

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　United States District Judge